684 A.2d 503

IN THE MATTER OF CLIFFORD E. LAZZARO,
AN ATTORNEY AT LAW.

November 14, 1996.

## ORDER

This matter having been presented to the Court pursuant to *Rule* 1:20–10(b) following a motion for discipline by consent of **CLIFFORD E. LAZZARO** of **NEWARK**, who was admitted to the bar of this State in 1988;

And the Committee on Attorney Advertising and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent sent targeted direct mail solicitation letters to victims of a train accident, less than two weeks after the event, without first ascertaining the nature and degree of their injuries, if any, and without complying with the specific requirements of the rules, all in violation of *RPC* 7.3(b)(1) and *RPC* 7.3(b)(4)(i)–(iii);

And the parties having agreed that respondent's conduct violated *RPC* 7.3(b)(1) and *RPC* 7.3(b)(4)(i)–(iii) and that said conduct warrants a reprimand;

And the Disciplinary Review Board having reviewed the record pursuant to *Rule* 1:20–10(b)(3) to determine the appropriate measure of discipline for respondent's misconduct;

And the Disciplinary Review Board having determined that a reprimand is the appropriate sanction for respondent's ethics infractions and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **CLIFFORD E. LAZZARO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.